DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DREW DAVID ERLING BETZ,

Appellant,

v.

NICOLE ANN BETZ,

Appellee.

No. 2D2025-3392

————————————————

May 27, 2026

Appeal from the County Court for Sarasota County; Kennedy Legler, Judge.

Drew David Erling Betz, pro se.

Alyssa A. Vanstone of Vanstone Law Firm, LLC, Sarasota, for Appellee.


PER CURIAM.

Affirmed.  *See* Fla. R. App. P. 9.315(a).

NORTHCUTT, KHOUZAM, and MORRIS JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.